UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

Removed from Jefferson Circuit Court
Civil Action No. 23-CI-005928

|  |  |
|---|---|
| LARRY MAHANEY | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 3:23-cv-00129-DJH |
| MCNEIL & COMPANY | ) Judge: |
| Defendant. | ) Magistrate: |

**NOTICE OF SETTLEMENT**

Plaintiff Larry Mahaney and Defendants McNeil & Company and Arch Insurance Company, give notice to the Court that their negotiations have been successful and that they have reached an agreement in principle to resolve this litigation. The parties anticipate finalizing their settlement agreement and filing an agreed order of dismissal within the next 30 days.

//

//

***Seen and Agreed to by:***

*/s/ William T. Donnell*
William T. Donnell
Richard V. Evans
WHITTEN LAW OFFICE LLC
700 N. Hurstbourne Pkwy
Suite 112
Louisville, KY 40222
P: 502-430-1016
wdonnell@louisvillecounsel.com
revans@louisvillecounsel.com
*Counsel for Defendants*


*/s/ J. Bart McMahon* *(w/permission)*
J. Bart McMahon
119 South Seventh Street, 4th Floor
Louisville, KY 40202
jbartmc@mac.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify on the 28th day of February 2024, I filed a copy of the foregoing with the Court's electronic filing system, which will deliver copies to all known counsel of record, including:

J. Bart McMahon
119 South Seventh Street, 4th Floor
Louisville, KY 40202
jbartmc@mac.com
*Attorney for Plaintiff*

/s/ William T. Donnell
*Counsel for Defendants*