UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LARRY MAHANEY,     Plaintiff,

v.     Civil Action No. 3:23-cv-129-DJH-RSE

MCNEIL & COMPANY and ARCH
INSURANCE COMPANY,     Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 29) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

March 29, 2024

David J. Hale, Judge
United States District Court

1